Ex. "D"

# CERTIFICADO DOMICILIARIO



N° 1143 MDNCH - EFCyCU

**EL EQUIPO FUNCIONAL DE CATASTRO Y CONTROL URBANO DE LA MUNICIPALIDAD DISTRITAL DE NUEVO CHIMBOTE**

## CERTIFICA

Que, en la fecha se ha constatado el domicilio del recurrente Sr. (a): **ELDER DANTE LUJAN VERGARA** de **42** años. Identificado con D.N.I. N° **33265391** el mismo que reside en **URB. EL PACIFICO MZ. K2 - LTE. 14**

Que mediante ley N° 28862 publicado el 05 de Agosto del 2006, establece que los Gobiernos Locales dentro de su Jurisdicción son los órganos encargados de emitir el **"CERTIFICADO DOMICILIARIO"**, para trámite de: **ADMINISTRATIVO**

Este certificado no constituye ni es equivalente a **TITULO DE PROPIEDAD**, solo será empleado a solicitud del interesado para los fines correspondientes.

Nuevo Chimbote, **06** de **NOVIEMBRE** del 201 **8**



Ing. Miguel Angel Lujano Loyola
Jefe de Equipo Funcional de Catastro y Control Urbano(e)

**EQUIPO FUNCIONAL DE CATASTRO Y CONTROL URBANO**

# SWORN STATEMENT/DECLARATION OF ELDER LUJAN

1. I, **ELDER LUJAN**, am a citizen of Peru.

2. I am domiciled in Nuevo Chimbote, Peru.

3. My permanent residential address in Nuevo Chimbote, Peru is the following:

   Urbanization Pacifico Mz K2 Lote 14, District of Nuevo Chimbote, Province of Santa, Department of Ancash, Peru

4. FURTHER AFFIANT SAYETH NAUGHT.

_____
ELDER LUJAN, Affiant

**THIS SPACE IS FOR OFFICIAL NOTARIAL INFORMATION:**



U. S. Department of State

# INDIVIDUAL ACKNOWLEDGMENT CERTIFICATE

**VENUE**

REPUBLIC OF PERU
(Country)

PROVINCE OF LIMA
(State, Province, etc.)

CITY OF LIMA
(City)

EMBASSY OF THE UNITED STATES
(Name of consular post)

I certify that on this day the individual named below appeared before me and acknowledged to me that the attached instrument was executed freely and voluntarily.

*Elder Dante Lujan Vergara*
(Typed Name of Individual)

(Signature of Consular Officer)

**Aaron Hall**
**Vice Consul**
**U.S. Embassy Lima, Peru**
(Typed Name of Consular Officer)

(Title of Consular Officer)

10/30/2018
Date (mm-dd-yyyy)



(SEAL)

DS-1986
05-2006