UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24494-Civ-COOKE/GOODMAN

AVENTURA ISLES MASTER HOMEOWNERS
ASSOCIATION, INC.,

    Plaintiff,

vs.

ELDER LUJAN,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 47), regarding Plaintiff's renewed motion for Rule 11 sanctions against Defendant (ECF No. 33).

In his R&R, Judge Goodman recommends that I deny the Motion for Sanctions. (ECF No. 47). The parties have not filed Objections to the R&R, and the time to do so has passed.

I have reviewed the Motion, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R (ECF No. 47) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the Motion is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 10th day of February 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*